[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 28, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14284
Non-Argument Calendar

_____

D. C. Docket No. 07-00057-CR-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEVIN SCOTT CONWAY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(May 28, 2008)**

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Robert Augustus Harper, appointed counsel for Kevin Scott Conway in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Counsel also filed a motion to allow Conway to file an appellate brief pro se. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, counsel's motion to allow Conway to file an appellate brief pro se is **DENIED** as moot, and Conway's conviction and sentence are **AFFIRMED**.